IANTHE CALHOUN v. HONORABLE W. T. HARRISON, etc.

13 So. (2nd) 14                              January Term, 1943
April 16, 1943                                        Division B

Alvan B. Rowe, for petitioner.

J. Tom Watson, Attorney General, Woodrow M. Melvin, Assistant Attorney General, and Clyde Wilson, State Attorney, for respondents.

PER CURIAM:

Upon petition of the plaintiff to amplify and clarify the order of the court, entered 10 February 1943, and upon further consideration of the cause, it is ordered that the former order be amended by adding the words "without prejudice."

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.